FREDERIC A. WILLIAMS, Appellant, v. OLIVER W. BIRCKHEAD and Others, Defendants; TOWN OF RYE, Respondent.— In an action by an individual to foreclose transfers of tax liens on land situated in the Town of Rye for taxes for the years 1933–1937, as to which land the Town of Rye holds transfers of tax liens

for prior years, order denying plaintiff's motion for judgment on the pleadings as against the respondent Town of Rye, and order granting respondent's cross-motion to dismiss complaint as to it, affirmed, with ten dollars costs and disbursements. A transfer of tax lien bid in by a town, in accordance with its obligation under section 36 of the Westchester County Tax Act (Laws of 1916, chap. 105, as amended), in its hands is no more than a formal means of enforcing collection and payment of the liens of the taxes as prescribed by section 15 of said Act. Whatever rights accrue to the town as a purchaser by virtue of section 36 of the Act are auxiliary or in addition thereto. A different question would be presented if a transfer so held by respondent were sold to an individual. Lazansky, P. J.; Hagarty, Johnston, Taylor and Close, JJ., concur.